IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| James MacLean ) | | |
|     Plaintiff, ) | Case No: 3:15 cv 50317 | |
| ) | | |
| v. ) | | |
| ) | Magistrate Judge: Iain D. Johnston | |
| Home State Bank, N.A. ) | | |
|     Defendant. ) | | |

## ORDER, REPORT AND RECOMMENDATION

    A status hearing was held. The parties report that the case has settled. It is this Court's Report and Recommendation that the case be dismissed without prejudice, to become with prejudice on 5/2/2017 if not reinstated. Any objection to this Report and Recommendation is due by 4/11/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 3/28/2017    /s/ Iain D. Johnston
                                                    U.S. Magistrate Judge