# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James MacLean, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 15 C 50317 |
| Home State Bank, N.A., | ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [25] from the magistrate judge that this case be dismissed. The parties have informed the court that they have reached a settlement and therefore the recommendation is dismissal without prejudice, to become with prejudice on May 2, 2017, if not reinstated. Any objection to the R&R was to be filed by April 11, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and dismisses this case without prejudice until May 2, 2017. This case is closed.

Date: 4/13/2017                    ENTER:

                                   _____
                                   FREDERICK J. KAPALA
                                   District Judge